**Motion Granted; Order filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01015-CV

_____

**CHARLES KENNEBREW, SR. and
ELITE PROTECTIVE SERVICES, LLC, Appellants**

**V.**

**MICHAEL R. HARRIS, Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-09593**

## ORDER

This is a consolidated appeal and cross-appeal from a final judgment signed August 9, 2012. On March 27, 2013, appellants, Charles Kennebrew, Sr., and Elite Protective Services, LLC, filed an emergency motion for temporary relief pending review of the trial court's order signed March 8, 2013, setting the amount required to supersede enforcement of the judgment. *See* Tex. R. App. P. 24.4(c). We **GRANT** appellants' motion and issue the following order:

We **ORDER** that enforcement of the final judgment signed August 9, 2012, in trial court cause number 2010-09593, styled *Michael R. Harris v. Charles Kennebrew, Sr., and Elite Protective Services, LLC,* in the 125th District Court in Harris County, Texas, is **STAYED** until further order of this court.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.